# United States District Court
### NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.

BERNARD L. HOLIDAY

**WARRANT FOR ARREST**

CASE NUMBER: 3:06CR7-03

06 - 044M - 01

FILED
FEB 0 2 2006
MARY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To: The United States Marshal**
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   BERNARD L. HOLIDAY

and bring him or her forthwith to the nearest magistrate to answer a(n)

x Indictment   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY
DISTRIBUTION OF CRACK

in violation of Title   21   United States Code, Section(s)   841(a)(1) and 846

David J. Joel
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

January 18, 2006   Martinsburg, WV
Date and Location

Bail fixed at $ _____   by   DAVID J. JOEL
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 01/18/2006 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrick | SIGNATURE OF ARRESTING OFFICER Reporting [signature] |
|---|---|---|
| DATE OF ARREST 02/02/2006 | | |

THE FOLLOWING IS FURNISHED FOR INFORMA[TION]

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office.
ATTEST: Dr. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia

By [signature]
Deputy Clerk

** TOTAL PAGE.01 **