FILED
JAN 1 9 2006
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Criminal No. 3:06CR7 |
| v. | Violations: 18 USC 2 |
| SHIRLEY MARIE CHAPMAN, | 21 USC 841(a)(1) |
| JAMES EDWARD BROWN, | 21 USC 841(b)(1)(A) |
| BERNARD L. HOLIDAY | 21 USC 841(b)(1)(B) |
| aka "DOC HOLIDAY," | 21 USC 841(b)(1)(C) |
| WILLIAM AMBROSE STEWART | 21 USC 846 |
| aka "DC," | |
| SHELLY LYNN ROGERS | |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1.

From on or about January of 2001, to on or about the date of the return of this indictment, within the Northern Judicial District of West Virginia, and elsewhere, defendants SHIRLEY MARIE CHAPMAN, JAMES EDWARD BROWN, BERNARD L. HOLIDAY aka "DOC HOLIDAY," WILLIAM AMBROSE STEWART aka "DC," and SHELLY LYNN ROGERS did knowingly and willfully combine, conspire, confederate and agree and have a tacit understanding with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy knowingly and intentionally to possess with intent to distribute and to

distribute in excess of fifty (50) grams of cocaine base, also known as "crack," a **Schedule II** narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4); in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

## COUNT 2.

On or about the 14th day of March, 2005, at approximately 5:19 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants BERNARD L. HOLIDAY aka "DOC HOLIDAY" and WILLIAM AMBROSE STEWART aka "DC," aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 0.65 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

FEB 02 2006 12:31 FR US MARSHALS CLARKSBURG304 623 0788 TO 18188330...

Case 1:06-mj-00044-AK    Document 1-2    Filed 02/02/2006    Page 4 of 10

## COUNT 3.

On or about the 21st day of April, 2005, at approximately 11:55 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants BERNARD L. HOLIDAY aka "DOC HOLIDAY" and SHELLY LYNN ROGERS, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 1.47 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $300.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 4.

On or about the 17th day of May, 2005, at approximately 5:00 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants SHIRLEY MARIE CHAPMAN and SHELLY LYNN ROGERS, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 1.43 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $170.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 5.

On or about the 1st day of June, 2005, at approximately 12:55 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants SHIRLEY MARIE CHAPMAN and SHELLY LYNN ROGERS, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 1.32 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $180.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 6.

On or about the 30th day of June, 2005, at approximately 10:15 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants SHIRLEY MARIE CHAPMAN and JAMES EDWARD BROWN, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority possess with intent to distribute approximately 37.9 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4); in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 7.

On or about the 8th day of August, 2005, at approximately 8:50 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant WILLIAM AMBROSE STEWART aka "DC" did unlawfully, knowingly, intentionally and without authority distribute approximately .32 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8.

On or about the 8th day of August, 2005, at approximately 11:00 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant WILLIAM AMBROSE STEWART aka "DC" did unlawfully, knowingly, intentionally and without authority distribute approximately .31 gram of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9.

On or about the 9th day of August, 2005, at approximately 2:50 p.m. in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant WILLIAM AMBROSE STEWART aka "DC" did unlawfully, knowingly, intentionally and without authority distribute approximately .24 gram of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A true bill,

/s/ _____
Grand Jury Foreperson
(Signature on File)


/s/ _____
THOMAS E. JOHNSTON
United States Attorney

10