AO 94 (Rev. 8/85) Commitment to Another District

*Forthwith*

# United States District Court

**DISTRICT OF** Columbia

**FILED**
FEB 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Bernard L. Holiday

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: 06-0444-01

The defendant is charged with a violation of __21__ U.S.C. __841__ alleged to have been committed in the __Northern__ District of __West Virginia, Martinsburg__

Brief Description of Charge(s):

Controlled Substance Act Violation

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

February 2, 2006
Date

_____
Judicial Officer

| RETURN |
|---|
| This commitment was received and executed as follows: |

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

