**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 2/7/06

*Nancy Mayer-Whittington*
*Clerk of the Court*

RECEIVED
FEB 13 2006
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

FILED

Address of Other Court: United States District Court
207 Federal Bldg.
217 West King Street
Martinsburg, WV. 25401

RE: Bernard L. Holiday 06MJ44

MAR 0 2 2006

Dear Clerk of the Court:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | |
|---|---|---|
| X Docket Sheet | | Warrant of Removal |
| X Warrant/Indictment | | Order of Removal |
| Minute Order Appointing Counsel | X | Detention Order |
| Corporate Surety Bond | X | Waiver of Removal |
| Personal Surety Bond | | |

X    Other- Blotter dated 2/2/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk