AO 94 (Rev. 8/85) Commitment to Another District

✱ *Forthwith*

# United States District Court

*for the* DISTRICT OF *Columbia*

FILED
FEB 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

COMMITMENT TO ANOTHER DISTRICT

*Bernard L. Holiday*   CASE NUMBER: *06-0444M-01*

The defendant is charged with a violation of __21__ U.S.C. __841__ alleged to have been committed in the *Northern* District of *West Virginia, Martinsburg*

Brief Description of Charge(s):

*Controlled Substance Act Violation*

FILED
MAR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By *Kymberly Kay*
Deputy Clerk

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

*February 2, 2006*
Date

*Alan Kay*
Judicial Officer

| RETURN |
|---|
| This commitment was received and executed as follows: |

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 2/13/06 | USM N/WV | 2/13/06 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 2/16/06 | *J. C. Rafferty* | *Richard Spence* |